Opinion issued November 3, 2011

 

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00404-CR

———————————

DEKE
ARROWOOD, Appellant

V.

THE STATE OF TEXAS, Appellee



 



 

On Appeal from the 263rd District Court

Harris County, Texas



Trial
Court Cause No. 1293499

 



 

MEMORANDUM
OPINION

Appellant
Deke Arrowood has filed a motion to dismiss the appeal.   The motion complies with Texas Rule of
Appellate Procedure 42.2(a).  See Tex.
R. App. P. 42.2(a).  We have not
yet issued a decision in the appeal.  

Accordingly,
we dismiss the appeal.  See Tex.
R. App. P. 43.2(f).  We dismiss
any pending motions as moot.

We direct the Clerk to issue the mandate within 10 days of
the date of this opinion.  See Tex.
R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Keyes, Higley, and
Massengale.

Do not publish. 
 Tex. R. App. P. 47.2(b).